UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ELOPH,

                Plaintiff(s),

    v.

HOS BROS CONSTRUCTION INC.,

                Defendant(s).

CASE NO. C25-2491-KKE

ORDER GRANTING STIPULATED
MOTION TO VACATE DEADLINES

Now before the Court is the parties' stipulated motion to vacate deadlines for initial disclosures, the parties' joint status report, and the parties' Federal Rule of Civil Procedure 26(f) conference. Dkt. No. 17. The Court acknowledges the requirements of Fed. R. Civ. P. 16(b)(2) but finds good cause to defer entry of a case schedule pending its ruling on Plaintiff's Motion to Remand and Defendant's Motion for Judgment on the Pleadings. Dkt. Nos. 12, 15. Thus, the Court GRANTS the parties' stipulated motion. The deadlines for the parties' initial disclosures, joint status report, and Fed. R. Civ. P. 26(f) conference (Dkt. No. 10) are VACATED. All other deadlines under the Federal and Local Civil Rules remain in effect.

Dated this 21st day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO VACATE DEADLINES - 1