UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ELOPH,<br><br>Plaintiff(s),<br>v.<br><br>HOS BROS CONSTRUCTION INC.,<br><br>Defendant(s). | CASE NO. C25-2491-KKE<br><br>ORDER GRANTING IN PART AND DENYING IN PART STIPULATION OF VOLUNTARY DISMISSAL |

This matter comes before the Court on the parties' stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court GRANTS IN PART and DENIES IN PART the parties' stipulation.

Based on the stipulation of the parties, IT IS HEREBY ORDERED:

1. This action is dismissed in its entirety.

2. All claims of Plaintiff asserted on his own behalf are dismissed with prejudice.

3. All claims of others alleged in the complaint to be similarly situated with Plaintiff are dismissed without prejudice.

4. Each party shall bear their own attorneys' fees and costs, and there shall be no award of attorneys' fees or costs to either party.

The Court DENIES the parties' request to retain jurisdiction to enforce the parties' settlement agreement. The Clerk is directed to close this case.

It is so ordered.

Dated this 17th day of September, 2026.

Kymberly K. Evanson
United States District Judge